ALEXANDER POLLOCK, Respondent, *v.* PENNSYLVANIA IRON WORKS COMPANY, Appellant.

*Pollock* v. *Penn. Iron Works Co.*, 13 Misc. Rep. 194, affirmed.
(Argued October 17, 1898; decided November 22, 1898.)

APPEAL by permission from a judgment of the General Term of the late Court of Common Pleas for the city and

157 c 699
158  305
157c  699
j164  181
157  699
Case 3
169   93
169  427

county of New York, entered June 10, 1895, affirming a judgment of the General Term of the City Court of New York, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*William H. Maginnis* and *John Cummins* for appellant.

*Charles De Hart Brower* for respondent.

*Per Curiam.* The legal effect of the omission of the defendant at the close of the testimony to move either for a dismissal of the complaint or the direction of a verdict in its favor was to consent to the submission of the case to the jury. We are, therefore, prevented from considering whether the defendant was entitled to judgment. None of the exceptions to the charge call for a reversal.

The judgment should be affirmed.

All concur.

Judgment affirmed. _____